


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN O. MYERS,

Plaintiff,

- against –

HSBC INVESTMENTS (USA) INC., HSBC NORTH AMERICA HOLDINGS INC., HSBC SECURITIES (USA) INC., HSBC FINANCE CORPORATION, and HSBC HOLDINGS PLC,

Defendants.

Case No. 07-CV-4078 (RJH)

**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**




IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties in the above-captioned matter that the time for Defendants HSBC Investments (USA) Inc., HSBC North America Holdings Inc., HSBC Securities (USA) Inc., HSBC Finance Corporation and HSBC Holdings PLC, to answer, move or otherwise respond to the Complaint in the above-captioned matter shall be extended to and including July 3, 2007.

Dated: New York, New York
June 15, 2007

FENSTERSTOCK & PARTNERS LLP

By: [signature]
Blair C. Fensterstock (BF-2020)
Jeanne M. Valentine (JV 3144)

30 Wall Street, 9th Floor
New York, New York 10005
(212) 785-4100
*Attorneys for Plaintiff*

Dated: New York, New York
June 15, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: [signature]
M. Christine Carty (MCC-1796)
Jane Kauh (JK-9298)

140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8012
*Attorneys for Defendants*

SO ORDERED: [signature]
Richard J. Holwell, U.S.D.J.
6/26/07

NYDATA 289405_1