UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JOHN O. MYERS,

                         Plaintiff,

- against –

HSBC INVESTMENTS (USA) INC., HSBC
NORTH AMERICA HOLDINGS INC., HSBC
SECURITIES (USA) INC., HSBC FINANCE
CORPORATION, and HSBC HOLDINGS PLC,

                         Defendants.

---------------------------------------------------------------x

Case No. 07-CV-4078 (RJH)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that Schnader Harrison Segal & Lewis LLP hereby notes the appearance of Jane Kauh in the above-entitled action as counsel for Defendants HSBC INVESTMENTS (USA) INC., HSBC NORTH AMERICA HOLDINGS INC., HSBC SECURITIES (USA) INC., HSBC FINANCE CORPORATION, and HSBC HOLDINGS PLC, and demands that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       July 5, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
M. Christine Carty (MCC-1796)
Jane Kauh (JK-9298)
140 Broadway, Suite 3100
New York, NY 10005-1101
Telephone: 212-973-8000
Facsimile: 212-972-8798

*Attorneys for Defendants*