UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN O. MYERS,

                           Plaintiff,

     – against –

HSBC INVESTMENTS (USA) INC.; HSBC
NORTH AMERICA HOLDINGS INC.; HSBC
SECURITIES (USA) INC.; HSBC FINANCE
CORPORATION; and HSBC HOLDINGS PLC,

                          Defendants.
------------------------------------------------------------x

2007 Civ. 04078 (RJH) (GWG)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Blair C. Fensterstock and Jeanne M. Valentine, of Fensterstock & Partners LLP, enter an appearance in this matter as counsel to Plaintiff John O. Myers. Mr. Fensterstock and Ms. Valentine are both admitted to practice in this Court.

Dated: New York, New York
       July 26, 2007

                            FENSTERSTOCK & PARTNERS LLP

                            By: _____
                            Jeanne M. Valentine (JV 3144)
                            Blair C. Fensterstock (BF 2020)

                            30 Wall Street, 9th Floor
                            New York, New York 10005
                            (212) 785-4100

                            Bfensterstock@fensterstock.com
                            Jvalentine@fensterstock.com

                            *Attorneys for Plaintiff*