UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN MYERS, : Case No. 07-CV-4078 (RJH) (GWG)

                Plaintiff, :

           - against - : **FRCP**
**RULE 7.1 DISCLOSURE**

HSBC INVESTMENTS (USA) INC., HSBC :
NORTH AMERICA HOLDINGS INC., HSBC
SECURITIES (USA) INC., HSBC FINANCE :
CORPORATION, and HSBC HOLDINGS PLC,

:
:
                Defendants.
------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendants, hereby certifies the following:

      (i) HSBC INVESTMENTS (USA) INC. is wholly owned by HSBC Bank USA, N.A., which is in turn wholly owned by HSBC USA Inc., which is in turn wholly owned by HSBC North America Inc., which is in turn wholly owned by HSBC Investments (North America) Inc., which is in turn wholly owned by HSBC North America Holdings Inc. They are indirectly held by HSBC Overseas Holdings (UK) Limited and HSBC Holdings plc;

      (ii) HSBC NORTH AMERICA HOLDINGS INC. is indirectly held by HSBC Overseas Holdings (UK) Limited and HSBC Holdings plc;

      (iii) HSBC SECURITIES (USA) INC. is wholly owned by HSBC Markets (USA) Inc., which is in turn wholly owned by HSBC Investments (North America) Inc., which is in turn wholly owned by HSBC North America Holdings Inc. They are indirectly held by HSBC Overseas Holdings (UK) Limited and HSBC Holdings plc;

NYDATA 291337_1

(iv) HSBC FINANCE CORPORATION is wholly owned by has HSBC Investments (North America) Inc., which is in turn wholly owned by HSBC North America Holdings Inc. They are indirectly held by HSBC Overseas Holdings (UK) Limited and HSBC Holdings plc;

(v) HSBC HOLDINGS PLC, the ultimate parent of all defendants is a publicly held company in the United Kingdom; and

(vi) No other publicly held corporation owns 10% or more any of Defendants' stock.

Dated: New York, New York
       August 24, 2007

                      Yours, etc.

                      SCHNADER HARRISON SEGAL & LEWIS LLP

                      By: _____
                      M. Christine Carty (MC-1796)
                      Jane H. Kauh (JK-9298)
                  140 Broadway, Suite 3100
                  New York, New York 10005-1101
                  (212) 973-8000

                  *Attorneys for Defendants*