## CERTIFICATE OF SERVICE

I, JEANNE M. VALENTINE, hereby certify that on August 24, 2007, I served the within **PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** upon the following:

M. Christine Carty, Esq.
Jane H. Kauh, Esq.
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, New York 10005-1101

*Attorneys for Defendants*

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated above.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of August, 2007 at New York, New York.

_____
JEANNE M. VALENTINE