# Schnader
ATTORNEYS AT LAW

140 BROADWAY    SUITE 3100
NEW YORK, NY 10005-1101
212.973.8000   FAX 212.972.8798

RECEIVED
NOV 20
RICHARD J. HOLWELL

November 19, 2007

Jane H. Kauh
Direct Dial (212) 973-8060
E-mail: jkauh@schnader.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

**VIA FACSIMILE**

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:  John O. Myers v. HSBC Investments (USA) Inc., et al.
     07 Civ. 4078 (RJH)

Dear Judge Holwell:

We represent the Defendants in the above-referenced matter. I am writing with respect to Defendants renewed request to file a motion seeking dismissal of HSBC Finance Corporation, HSBC North America Holdings, Inc., and HSBC Holdings plc as defendants from this action, which Your Honor granted along with a briefing schedule on October 25, 2007. Shortly after receiving your order, the parties entered into discussions concerning the disputed issues regarding the three defendants referred to above. Defendants had hoped to resolve this issue without engaging in motion practice and have been in the process of negotiating the possible dismissal of these entities with Plaintiff. Unfortunately, as of this afternoon, the parties appear unable to agree to the terms of a stipulation of dismissal and thus are again at an *impasse*.

Accordingly, Defendants request that Your Honor extend the briefing schedule by ten days so that Defendants may file their motion to dismiss these entities. The original schedule entered into by Your Honor had Defendants filing their brief by November 19th, Plaintiff's opposition on or before December 19th, and Defendants' reply by January 4th. The following is Defendants' proposed briefing schedule: Defendants' motion to be filed on or before November 30th, Plaintiff's opposition is due December 31st, and Defendants' reply is due January 14th. Thank you for your continued attention to this matter.

Please contact the undersigned with any questions.

Application Granted
SO ORDERED
R.\lk
USDJ 11/20/07

Respectfully yours,

Jane H. Kauh
For SCHNADER HARRISON SEGAL & LEWIS LLP

Schnader Harrison Segal & Lewis LLP

NEW YORK   PENNSYLVANIA   CALIFORNIA   WASHINGTON, DC   NEW JERSEY

PHDATA 3030218 1

Schnader
ATTORNEYS AT LAW

cc:  Blair C. Fensterstock
     Jeanne Valentine
     Attorneys for Plaintiff

Schnader Harrison Segal & Lewis LLP