Case 1:07-cv-04078-RJH-GWG   Document 17   Filed 11/29/2007   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN O. MYERS,

          Plaintiff,

– against –

HSBC INVESTMENTS (USA) INC.; HSBC NORTH AMERICA HOLDINGS INC.; HSBC SECURITIES (USA) INC.; HSBC FINANCE CORPORATION; and HSBC HOLDINGS PLC,

          Defendants.
------------------------------------------------------------x

2007 Civ. 04078 (RJH) (GWG)

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE TO HSBC NORTH AMERICA HOLDINGS, INC., HSBC FINANCE CORPORATION, AND HSBC HOLDINGS PLC ONLY**

    IT IS HEREBY STIPULATED by and between plaintiff JOHN O. MYERS, by his counsel, and defendants' counsel, that this action be and is hereby dismissed against defendants HSBC NORTH AMERICA HOLDINGS, INC., HSBC FINANCE CORPORATION, and HSBC HOLDINGS PLC, and only those named defendants, without prejudice.

    IT IS FURTHER STIPULATED THAT any applicable statute of limitations is tolled from the date of the filing of the Complaint through the termination of this action by order, judgment or otherwise.

Dated: New York, New York
       November 27, 2007

FENSTERSTOCK & PARTNERS LLP

By: _____
    Blair C. Fensterstock (BF 2020)
    Jeanne M. Valentine (JV 3144)

30 Wall Street, 9th Floor
New York, New York 10005
(212) 785-4100
*Attorneys for Plaintiff*

Dated: New York, New York
       November 27, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
    M. Christine Carty (MC 1796)
    Jane H. Kauh (JK 9298)

140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8000
*Attorneys for Defendants*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

SO ORDERED:

_____
Hon. Richard J. Holwell
United States District Judge

11/28/07