UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08
```

-----------------------------------------------------------x

JOHN O'MEYERS,

        Plaintiff,

  -against-

HSBC INVESTMENTS,

        Defendant.

-----------------------------------------------------------x

07 Civ. 04078 (RJH)

**ORDER**

    The pre-trial conference scheduled for February 08, 2008 is rescheduled to March 12, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 10, 2008
SO ORDERED:

                 Richard J. Holwell
                 United States District Judge