# Schnader
ATTORNEYS AT LAW

140 BROADWAY    SUITE 3100
NEW YORK, NY 10005-1101
212.973.8000    FAX 212.972.8798    schnader.com

January 30, 2008

M. Christine Carty
Direct Dial (212) 973-8012
E-mail: ccarty@schnader.com



RECEIVED
JAN 31 2008
CHAMBERS OF
RICHARD J. HOLWELL

**VIA FACSIMILE**

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

RE:    John O. Myers v. HSBC Investments (USA) Inc., et al.
       07 Civ. 4078 (RJH)

Dear Judge Holwell:

We represent the Defendants in the above-referenced matter. I am writing this letter to request permission to conduct Plaintiff's deposition outside the close of January 31, 2008 fact discovery deadline set by this Court in the July 26, 2007 Scheduling Order. This is Defendants' first request for an adjournment of dates in this matter.

On November 7, 2007, Defendants served document demands and interrogatories on Plaintiff. Defendants also noticed Plaintiff's deposition for January 29, 2008. Plaintiff responded to Defendants' discovery demands on December 7, 2007, but due to several disputes regarding Plaintiff's responses, Defendants did not obtain copies of documents responsive to their requests until late last week. Indeed, the dispute with respect to Plaintiff's discovery responses is still ongoing. Given that Defendants only received documents recently, we respectfully request permission to take Plaintiff's deposition by the end of February. The July 26, 2007 Scheduling Order provides that expert discovery is to be conducted from February to May 30, 2008.

Two weeks before the scheduled close of discovery in this case, January 15, 2008, Plaintiff served Defendants with document demands, interrogatories and deposition notices for dates in February and March. Given that responses to Plaintiff's discovery demands and the depositions noticed by Plaintiffs fall outside the fact discovery deadline, Defendants will not respond to the discovery requests or produce any witnesses for depositions. Defendants conferred with Plaintiff in an effort to seek a joint application for an extension of discovery dates in this matter, but Plaintiff refused to consent.

Schnader Harrison Segal & Lewis LLP
NEW YORK    PENNSYLVANIA    CALIFORNIA    WASHINGTON    Error! Unknown document property name.



Thank you for your continued attention to this matter.

Respectfully yours,

*M. Christine Carty*

M. Christine Carty
For SCHNADER HARRISON SEGAL & LEWIS LLP

cc:  Blair C. Fensterstock
     Jeanne Valentine
     Attorneys for Plaintiff

Fact discovery is extended to Feb. 29, 2008. Defendants shall respond to interrogatories and document requests by Feb. 15. Any party may notice deposition for dates between Feb. 18-29. No further extensions.

SO ORDERED

*[signature]*
USDJ
2/5/08