UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

JOHN O. MYERS,

        Plaintiff,

   - against -                     07 Civ. 4078 (RJH)

HSBC INVESTMENTS (USA) INC., et al.,    **ORDER**

        Defendants.
---------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2008
```

    The conference scheduled for March 12, 2008 at 10:00 am is adjourned *sine die*.

SO ORDERED.

Dated: New York, New York
       March 11, 2008

                                            _____
                                            Richard J. Holwell
                                           United States District Judge