UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHN O. MYERS,

                Plaintiff,

    -against-

HSBC INVESTMENTS (USA) INC., et al.,

                Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2008
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 4078 (RJH) (GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

**X**   Specific Non-Dispositive Motion/Dispute:*

~~Outstanding Discovery Disputes~~

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Settlement*

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
           March 11, 2008

                                        Richard J. Holwell
                                        United States District Judge