UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN O. MEYERS,                                             :

                                             :    ORDER
                Plaintiff,                 07 Civ. 4078 (RJH) (GWG)

                                             :

   -v.-                                                    :

HSBC INVESTMENTS INC, et al.,                               :
                Defendants.                              :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court is in receipt of letters from both sides regarding the due date for the filing of dispositive motions and a pre-trial order. To allow for an orderly consideration of the parties' applications relating to discovery, the time for the filing of any dispositive motion is adjourned to 30 days after this Court's disposition of the discovery applications. The pre-trial order shall be due 30 days after the ruling on any dispositive motion.

      SO ORDERED.

Dated: March 18, 2008
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge