UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

JOHN O. MYERS,

                        Plaintiff,

    – against –

HSBC INVESTMENTS (USA) INC., HSBC
NORTH AMERICA HOLDINGS INC., HSBC
SECURITIES (USA) INC., HSBC FINANCE
CORPORATION, and HSBC HOLDINGS PLC,

                        Defendants.

----------------------------------------------------------------x

Case No. 07-CV-4078 (RJH) (GWG)

**NOTICE OF DEPOSITION**

## NOTICE OF TAKING DEPOSITION OF RICHARD PALMER

PLEASE TAKE NOTICE THAT Plaintiff, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure will take the testimony upon oral examination of Richard Palmer on February 29, 2008, commencing at 11:00 a.m. at the offices of at the offices of Fensterstock & Partners LLP, 30 Wall Street, New York, New York 10005 before a notary public or other person authorized to administer oaths.  The deposition will be recorded stenographically and by LiveNote.

    You are invited to attend and examine the witness.

Dated: New York, New York
       February 8, 2008

                        FENSTERSTOCK & PARTNERS LLP

    By:    _Blair C. Fensterstock_
             Blair C. Fensterstock (BF2020)
             Jeanne M. Valentine (JV3144)
             Brooke K. Haley

             30 Wall Street
             New York, NY 10005
             (212) 785-4100

             *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN O. MYERS,

                        Plaintiff,

        – against –

HSBC INVESTMENTS (USA) INC., HSBC
NORTH AMERICA HOLDINGS INC., HSBC
SECURITIES (USA) INC., HSBC FINANCE
CORPORATION, and HSBC HOLDINGS PLC,

                        Defendants.
------------------------------------------------------------x

Case No. 07-CV-4078 (RJH) (GWG)

**NOTICE OF DEPOSITION**

## NOTICE OF TAKING DEPOSITION OF RICHARD PALMER

PLEASE TAKE NOTICE THAT Plaintiff, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure will take the testimony upon oral examination of Richard Palmer on March 6, 2008, commencing at 9:30 a.m. at the offices of at the offices of Fensterstock & Partners LLP, 30 Wall Street, New York, New York 10005 before a notary public or other person authorized to administer oaths. The deposition will be recorded stenographically and by LiveNote.

You are invited to attend and examine the witness.

Dated: New York, New York
       January 14, 2008

                            FENSTERSTOCK & PARTNERS LLP


               By:                                  
                          Blair C. Fensterstock (BF2020)
                          Jeanne M. Valentine (JV3144)
                          Brooke K. Haley

                          30 Wall Street
                          New York, NY 10005
                          (212) 785-4100

                          *Attorneys for Plaintiff*