# FENSTERSTOCK & PARTNERS LLP

30 WALL STREET
NEW YORK, NY 10005
(212) 785-4100
FAX (212) 785-4040
WWW.FENSTERSTOCK.COM

February 13, 2008

**_Via Facsimile Only_**

M. Christine Carty, Esq.
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, New York 10005-1101

      Re:    *Myers v. HSBC Investments, et al.*, 2007 Civ. 04078 (RJH)
            Your File No. 0117179-0171

Dear Ms. Carty:

    We intend to proceed with the deposition of Richard Palmer; therefore, please provide us with a date, between February 18 and February 29, as Ordered by Judge Holwell.

                              Sincerely,

                              Jeanne M. Valentine

JMV/jsm