UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

JOHN O. MYERS,                                        :

                         Plaintiff,     :     Case No. 07-CV-4078 (RJH)(GWG)

                         v.          :

                                :     **NOTICE TO TAKE**

HSBC INVESTMENTS (USA) INC., HSBC     :     **EXAMINATION BEFORE**
SECURITIES (USA) INC.,                           :     **TRIAL**

                                :

                 Defendants.    :

---------------------------------------------------------------- x

       PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Defendants HSBC INVESTMENTS (USA) INC. AND HSBC SECURITIES (USA)

INC. will take the deposition upon oral examination of BROOKE K. HALEY, at the offices of

Schnader Harrison Segal & Lewis, LLP, 140 Broadway, Suite 3100, New York, New York on

February 29, 2008 at 3:00 p.m., and continuing thereafter from day-to-day until completed.

       PLEASE TAKE FURTHER NOTICE, that pursuant to Rule 30(b)(2) of the Federal

Rules of Civil Procedure the deposition will be recorded by one or more of the following: sound,

sound-and-visual and/or stenographic means by an individual who is authorized to administer

oaths in the State of New York.

       You are invited to attend and cross-examine.

Dated: February 21, 2008
      New York, New York

                       SCHNADER HARRISON SEGAL & LEWIS LLP

                       M. Christine Carty (MC-1796)
                       Jane H. Kauh (JK-9298)
                       140 Broadway, Suite 3100
                       New York, New York  10005-1101
                       Telephone: (212) 973-8000
                       Facsimile: (212) 972-8798
                       *Attorneys for Defendants*

To:    Blair C. Fensterstock
       Fensterstock & Partners LLP
       30 Wall Street
       New York, New York 10005
       (212) 785-4100
       *Attorneys for Plaintiff*

PHDATA 3060275_1