## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion, Affirmation of M. Christine Carty in Support of Motion to Compel and exhibits annexed thereto, and Certification of Good Faith, and the accompanying Memorandum of Law, were served via hand delivery on this 24th day of April 2008 upon:

>Blair C. Fensterstock, Esquire
>Jeanne M. Valentine, Esquire
>Fensterstock & Partners LLP
>30 Wall Street
>New York, New York 10005
>*Attorneys for Plaintiff*

                                                    _____
                                                    M. Christine Carty