***TO BE SUBMITTED UNDER SEAL***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOHN O. MYERS,

                Plaintiff,

– against –

HSBC INVESTMENTS (USA) INC.; HSBC NORTH
AMERICA HOLDINGS INC.; HSBC SECURITIES
(USA) INC.; HSBC FINANCE CORPORATION; and
HSBC HOLDINGS PLC,

                Defendants.
-------------------------------------------------------------x

2007 Civ. 04078 (RJH) (GWG)

ECF CASE

AFFIDAVIT OF
BLAIR C. FENSTERSTOCK
IN SUPPORT OF
PLAINTIFF'S MOTION FOR
A PROTECTIVE ORDER

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK )

BLAIR C. FENSTERSTOCK, being duly sworn, deposes and says:

1. I am an attorney duly admitted to practice law before this Court and am the Managing Partner of the firm of Fensterstock & Partners LLP, counsel for Plaintiff John O. Myers. I am familiar with the facts and circumstances of the above-captioned proceeding and make these statements based upon personal knowledge and upon the files kept in my office.

2. I submit this Affidavit in support of Plaintiff's Motion for a Protective Order.

3. Pursuant to Fed. R. Civ. P. 26(c)(1), I hereby certify that I have conferred in good faith with Defendants' counsel in an effort to resolve this dispute without Court action, before submitting this Motion for the Court's consideration. After a conference before Magistrate Judge Gabriel W. Gorenstein on March 28, 2008, I was directed to make this Motion as a result of the parties' inability to resolve our disputes.

***<u>TO BE SUBMITTED UNDER SEAL</u>***

4. Annexed hereto as Exhibit A is a true and correct copy of the Complaint filed in this action, dated May 24, 2007.

5. Annexed hereto as Exhibit B is a true and correct copy of the Amended Answer filed in this action, dated September 19, 2007.

6. Annexed hereto as Exhibit C is a true and correct copy of Defendants' First Demand for the Production of Documents, dated November 7, 2007.

7. Annexed hereto as Exhibit D is a true and correct copy of Plaintiff's Response to Defendants' First Demand for the Production of Documents, dated December 7, 2007.

8. Annexed hereto as Exhibit E is a true and correct copy of Defendants' letter to the Court dated January 30, 2008, as Endorsed by Judge Richard J. Holwell on February 5, 2008.

9. Annexed hereto as Exhibit F is a true and correct copy of the Affidavit of John O. Myers, dated April 24, 2008.

_____
BLAIR C. FENSTERSTOCK

Sworn to before me this
24th day of April, 2008

_____
Notary Public

JEANNE M. VALENTINE
New York State Notary Public
No. 02VA6053190
Qualified in Queens County
Commission Expires 1/02/20