## CERTIFICATE OF SERVICE

I, JEANNE M. VALENTINE, hereby certify that on April 24, 2008, I arranged for service of the within **PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER AND ACCOMPANYING MEMORANDUM OF LAW** upon the following:

M. Christine Carty, Esq.
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, New York 10005-1101

*Attorneys for Defendants*

by HAND DELIVERY at the addressee(s) as indicated above.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of April, 2008 at New York, New York.

_____
JEANNE M. VALENTINE