```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHN O. MYERS,

        Plaintiff,

- against -                            07 Civ. 4078 (RJH)

HSBC INVESTMENTS (USA) INC., et al.,       **ORDER**

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Magistrate Judge Gorenstein has reported to the Court that the parties have reached a settlement of this matter.

       Accordingly, it is hereby ORDERED that this action is discontinued without costs (including attorney's fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there has not been a settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

       The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated: New York, New York
       May 14, 2008

                                                      _____
                                                      Richard J. Holwell
                                                      United States District Judge